1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 22MJ8188 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation (Felony) |
| Jesus PINEDA-Espino, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 8, 2022, within the Southern District of California, defendant, Jesus PINEDA-Espino, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and (557), having expressly consented

to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference

_____
ROBERT DALTORIO
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 9th day of March, 2022.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesus PINEDA-Espino

### STATEMENT OF FACTS

The complainant states this Complaint and Statement of Facts are based upon the investigative report of Border Patrol Agent (BPA) L. Regalado that defendant, Jesus PINEDA-Espino (PINEDA), attempted to enter the United States and was arrested on March 8, 2022, in Calexico, California.

On March 8, 2022, Border Patrol Agent M. Bailey was performing his assigned Border Patrol duties in Zone 20 of the Calexico Border Patrol Station area of operation. In this area, the international border between the United States and Mexico is marked by a 15-foot metal fence. Interstate 8 (I-8) also traverses this area in an east/west direction. Zone 20 consists of large sand dunes used recreationally by off-road vehicles. In this area, it is common for people to enter the United States illegally by climbing over the International Border Fence (IBF) from Mexico into the United States. Once on the north side of the fence, illegal aliens make their way toward I-8 where they are picked up by a smuggler and transported to the interior of the United States.

At approximately 6:30 a.m., BPA Bailey was notified by a United States Border Patrol drone operator that they had observed a group of subjects making their way north in an area referred to as "Buttercup" north of the United States/Mexico IBF. BPA Bailey responded to the location where the drone operator had visual of the subjects. Upon arriving at the location, BPA Bailey found footprints walking north towards a large sand dune. After

an extensive search, BPA Bailey located the group attempting to conceal themselves in brush. The area where BPA Bailey encounter the subjects was approximately 0.32 miles north of the IBF. BPA Bailey identified himself as a United States Border Patrol Agent. One of the subjects in the group identified himself as Jesus PINEDA-Espino. BPA Bailey determined that PINEDA had unlawfully entered the United States of America from Mexico, at a time and place other than as designated by the United States Attorney General. At approximately 8:31 a.m., after determining that PINEDA was an alien who illegally entered the United States, BPA Bailey placed PINEDA under arrest. PINEDA was then transported to the El Centro Centralized Processing Center for further processing using the E3/IDENT and AFIS systems.

Record checks revealed PINEDA was ordered removed from the United States by a Designated Official on November 2, 2016. Subsequently, PINEDA was last removed from the United States to Mexico on March 1, 2022, through San Ysidro, California.

There is no evidence showing PINEDA has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.